

The relief described hereinbelow is SO ORDERED.

Signed June 17, 2014.

_____
Ronald B. King
United States Chief Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 14-60456 |
| | § | |
| KEVIN VICTOR SPANN AND | § | |
| RHONDA SPANN | § | |
| | § | |
| DEBTORS | § | CHAPTER 7 |

### ORDER GRANTING MOTION TO REDEEM PERSONAL PROPERTY
(Furniture Zone/Military Credit Services)

Before the Court is the Debtors' Motion to Redeem Personal Property from Military Credit Services (the "Motion"). The Debtors served this creditor with a copy of the Motion. However, the creditor did not file a response in opposition to the Motion. Pursuant to 11 U.S.C. §722, the Debtors seek to redeem a bed and bedroom set (the "Furniture") purchased from Furniture Zone and financed through Military Credit Services by paying to Military Credit

Services the value of the Furniture, which one of the Debtors assert in her affidavit is now worth $150.00. This Motion has merit and should be granted. It is therefore

ORDERED, that the Furniture, which is the subject of the Motion, may be redeemed by Debtors for the sum of $150.00, as long as the Debtors pay this amount to Military Credit Services within thirty (30) days from the date of this Order.

###

This order was prepared and is being submitted by:
ERIN B. SHANK, P.C.

By: /s/ Erin B. Shank
Erin B. Shank
Texas State Bar Number 01572900
ERIN B. SHANK, P.C.
1902 Austin Avenue
Waco, TX 76701
(254) 296-1161
(254) 296-1165 fax

ATTORNEY FOR THE DEBTORS